Jose Garay (SBN 200494)
jose@garaylaw.com
**JOSE GARAY, APLC**
249 East Ocean Boulevard, Suite 814
Long Beach, CA 90802
Telephone: 949 208 3400
Facsimile: 562 590 8400

John L. Barber (SBN 160317)
john@elitetrialgroup.com
**ELITE TRIAL GROUP, LAW FIRM**
30950 Rancho Viejo Rd., Ste. 226B
San Juan Capistrano, CA 92675
Main No.: 949 851 1300
Direct No.: 949 767 8505

Attorneys for Plaintiff,
RUBEN AUDELO, individually and
on behalf of himself and others similarly
situated

(Additional Counsel on Next Page)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN AUDELO, individually, on behalf of himself and others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>WEYERHAEUSER NR COMPANY and DOES 1 TO 50,<br><br>Defendants. | Case No. 2:25-cv-00877-DMC<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS INDIVIDUAL, CLASS AND REPRESENTATIVE CLAIMS VIA AMENDED COMPLAINT**<br><br>Complaint filed: September 23, 2024 |

509221760.1

Gabriel Huey (SBN 291608)
gabriel.huey@klgates.com
Stacey Chiu (SBN 321345)
stacey.chiu@klgates.com
**K&L GATES LLP**
10100 Santa Monica Blvd, 8th Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

Attorneys for Defendant,
WEYERHAEUSER NR COMPANY

On March 25, 2025, Plaintiff RUBEN AUDELO ("Plaintiff") and Defendant WEYERHAEUSER NR COMPANY ("Defendant") (Plaintiff and Defendant are jointly referred to as the "Parties") filed a Stipulation to Dismiss Individual, Class, and Representative Claims via Amended Complaint ("Stipulation"). The Court, having reviewed the Stipulation, and good cause appearing, orders as follows:

Pursuant to this Stipulation [or the Court's leave], Plaintiff's First Amended Class Action and PAGA Complaint is DEEMED AMENDED as follows:

1. Plaintiff's individual claims for (1) failure to implement heat prevention and maintain legal temperature controls (8th Cause of Action), (2) violation of California's quota laws (12th Cause of Action), and (3) violation of PAGA (14th Cause of Action) against Defendant are dismissed *with prejudice* and related allegations are struck from the FAC;

2. The class claims for (1) failure to implement heat prevention and maintain legal temperature controls (8th Cause of Action), and (2) violation of California's quota laws (12th Cause of Action) against Defendant are dismissed *without prejudice* and related allegations are struck from the FAC; and

3. The representative claim for violation of PAGA (14th Cause of Action) against Defendant is dismissed *without prejudice* and related allegations are struck from the FAC.

DATED: March 31, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE