Jose Garay (SBN 200494)
jose@garaylaw.com
**JOSE GARAY, APLC**
249 East Ocean Boulevard, Suite 814
Long Beach, CA 90802
Telephone: 949 208 3400
Facsimile: 562 590 8400

Attorneys for Plaintiff,
RUBEN AUDELO, individually and
on behalf of himself and others similarly
situated

Gene Ryu (SBN 209104)
Gene.ryu@klgates.com
Carter L. Norfleet (SBN 318152)
Carter.norfleet@klgates.com
**K&L GATES LLP**
10100 Santa Monica Blvd, 8th Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

Attorneys for Defendant,
WEYERHAEUSER NR COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN AUDELO, individually, on behalf of himself and others similarly situated<br><br>             Plaintiff,<br><br>      v.<br><br>WEYERHAEUSER NR COMPANY and DOES 1 TO 50,<br><br>          Defendants. | Case No. 2:25-cv-00877-DMC<br><br>**[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

509221760.1

[PROPOSED] ORDER GRANTING JOINT
STIPULATION FOR VOLUNTARY
DISMISSAL

On January 27, 2026, Plaintiff RUBEN AUDELO ("Plaintiff") and Defendant WEYERHAEUSER NR COMPANY ("Defendant") (Plaintiff and Defendant are jointly referred to as the "Parties") filed a Stipulation for Dismissal Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure ("FRCP") ("Stipulation"). The Court, having reviewed the Stipulation, and good cause appearing, orders as follows:

Pursuant to this Stipulation and FRCP 41(a)(1)(A)(ii), the Court dismisses the entire action as follows:

1.    Plaintiff's SAC asserting a representative PAGA claim and allegations against Defendant is dismissed *without prejudice*;

2.    Plaintiff's individual PAGA claim and allegations are dismissed *with prejudice*;

3.    Plaintiffs individual claims and allegations asserted against Defendant in the FAC for (1) Failure to Provide Recovery Periods; (2) Failure to Produce Wage Statements; (3) Failure to Produce Personnel Records; and (4) Failure to Produce Signed Records are dismissed *with prejudice;*

4.    Plaintiff's class claims and allegations asserted against Defendant in the FAC for (1) Failure to Provide Recovery Periods; (2) Failure to Produce Wage Statements; (3) Failure to Produce Personnel Records; and (4) Failure to Produce Signed Records are dismissed *without prejudice*.

5.    The entire action is dismissed.

IT IS SO ORDERED.

DATED: January 29, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

509221760.1

[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR VOLUNTARY DISMISSAL

2